[No. 49518-6-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD SHIMER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-1-00445-1, John M. Meyer, J., entered October 26, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49558-5-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWIT TESFU FISSEHA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04451-2, Donald D. Haley, J., entered October 19, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49582-8-I.   Division One.   August 5, 2002.]

LYSIANNE EVANS, ET AL., *Appellants*, v. LAURIE RADHESHWAR, ET AL., *Defendants*, THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-16229-3, Mary Yu, J., entered November 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 19862-6-III.   Division Three.   August 6, 2002.]

JOHN W. EVANS, *as Trustee*, ET AL., *Appellants*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-00395-7, Kathleen M. O'Connor, J., entered December 7, 2000. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato A.C.J., and Schultheis, J.